# IN THE SUPREME COURT OF THE STATE OF NEVADA

MOSAIC 451, LLC,
          Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
SUSAN JOHNSON, DISTRICT JUDGE,
          Respondents,

and

SQUATRITTO CONSULTING, LLC,
D/B/A INDUSTRY STANDARDS; CHRIS
SQUATRITTO; KUDELSKI SECURITY,
INC.; SQUATRITTO CONSULTING,
LLC; AND ARTHUR "AJ" SANDOVAL,
          Real Parties in Interest.

No. 78090

**FILED**

MAR 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION

Petitioner has filed a notice of withdrawal of it petition for writ of mandamus. The notice of withdrawal is construed as a motion to voluntarily dismiss the petition and, cause appearing, the motion is granted. Accordingly, the petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Susan Johnson, District Judge
       Holley, Driggs, Walch, Fine, Puzey, Stein, Thompson/Las Vegas
       Snell & Wilmer, LLP/Las Vegas
       Wiley Petersen
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-11619